UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 02876
    MINNIE P TENORT
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX


            Debtor
    SSN XXX-XX-0994

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 01/26/2004 and was confirmed 03/22/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 07/11/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL SE | SECURED | 7000.00 | 2516.48 | 7000.00 |
| AMERICREDIT FINANCIAL SE | UNSEC W/INTER | 7247.71 | 1614.21 | 7247.71 |
| U S BANK HOME MORTGAGE | CURRENT MORTG | 50678.60 | .00 | 50678.60 |
| U S BANK HOME MORTGAGE | MORTGAGE ARRE | 17189.92 | .00 | 17189.92 |
| DEVRY INSTITUTE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL SE | NOTICE ONLY | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 471.91 | 102.27 | 471.91 |
| LEDFORD & WU | DEBTOR ATTY | 2,400.00 | | 2,400.00 |
| TOM VAUGHN | TRUSTEE | | | 5,001.13 |
| DEBTOR REFUND | REFUND | | | 77.77 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 94,300.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 74,868.52 |
| INTEREST | | 2,516.48 |
| UNSECURED | | 7,719.62 |
| INTEREST | | 1,716.48 |
| ADMINISTRATIVE | | 2,400.00 |
| TRUSTEE COMPENSATION | | 5,001.13 |
| DEBTOR REFUND | | 77.77 |
| | --------------- | --------------- |
| TOTALS | 94,300.00 | 94,300.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 04 B 02876 MINNIE P TENORT

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/25/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE  2
              CASE NO. 04 B 02876 MINNIE P TENORT